IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHARIF TARIQ
also known as
Robert Lewis Duffey,

   Petitioner,

    v.

GLEN JOHNSON
WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-612-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for failure to comply with an Order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 26 day of July, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Tariq\r&r.wpd